UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LANGSTON,<br><br>Plaintiff,<br><br>v.<br><br>STEVE WHITE, et al.,<br><br>Defendants. | No. 2:19-cv-1168 KJM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 3, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations. Plaintiff states that the magistrate judge misconstrued his complaint as challenging the actions of a district attorney when he is challenging the actions of a "judicial officer." In either case, plaintiff fails to show an imminent danger of serious physical injury under 28 U.S.C. § 1915(g) so as to qualify for the imminent danger exception to the three strikes bar.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 3, 2019, are adopted in full;

2. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is denied under 28 U.S.C. 1915(g);

3. Plaintiff is ordered to submit the $400.00 filing fee within thirty days if he wishes to proceed with this action; and

4. This matter be referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: July 23, 2019.

_____
UNITED STATES DISTRICT JUDGE