UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LANGSTON,<br><br>            Plaintiff,<br><br>    v.<br><br>STEVE WHITE, et al.,<br><br>            Defendants. | No. 2:19-cv-1168 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. In an order filed July 24, 2019, the court denied plaintiff's request to proceed in forma pauperis and ordered plaintiff to pay the $400 filing fee within thirty days. (ECF No. 10.) Those thirty days have passed and plaintiff has not paid the filing fee or otherwise responded to the court's July 24 order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed for plaintiff's failure to pay the filing fee and the clerk of the court is directed to close this case.

DATED: September 23, 2019.

_____
UNITED STATES DISTRICT JUDGE

1